UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-81599-CANNON/McCabe

JANE DOE,

    Plaintiff,
v.

CLASSICA CRUISE OPERATOR LTD. INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JANE DOE, by and through undersigned counsel, hereby files this Notice of Settlement and Motion for Court to Retain Jurisdiction to Enforce Settlement Agreement and state as follows:

1. The parties have reached a settlement agreement of all claims in this matter, each party to bear their own attorney's fees and costs.

2. The parties request forty-five (45) days to finalize settlement documents and file their Joint Stipulation for Dismissal.

3. The parties further request that this Court retain jurisdiction to enforce the parties' settlement agreement.

[SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

*/s/ Spencer M. Aronfeld*
**Spencer M. Aronfeld, Esq.**
Florida Bar No.: 905161
aronfeld@aronfeld.com
**Abby Hernández Ivey, Esq.**
Florida Bar No: 1002774
aivey@aronfeld.com
**ARONFELD TRIAL LAWYERS**
One Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
P:	(305) 441.0440
F:	(305) 441.0198
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Spencer Aronfeld*
**Spencer M. Aronfeld, Esq.**