UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81599-RLR

JANE DOE,

    Plaintiff,
v.

CLASSICA CRUISE
OPERATOR LTD. INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, JANE DOE, and Defendant CLASSICA CRUISE OPERATOR LTD. INC, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 15, 2024

        ARONFELD TRIAL LAWYERS

        */s/ Spencer M. Aronfeld*
        BY: Spencer M. Aronfeld, Esq.
        Attorney for Plaintiff JANE DOE

        CLASSICA CRUISE OPERATOR LTD. INC
        */s/ Darren Friedman*
        BY: Darren Friedman, Esq.
        Attorney for CLASSICA CRUISE OPERATOR LTD. INC